UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH BOLGER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 03-906 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

DEFENDANT DISTRICT OF COLUMBIA'S STATUS REPORT REGARDING 2005 INTERNAL INVESTIGATION

Pursuant to this Court's order of May 2, 2006, the defendant District of Columbia gives notice that, on June 15, 2006, the Metropolitan Police Department completed its internal investigation of a 2005 incident involving defendant Mark Beach. The District of Columbia will shortly make a determination whether the investigative package should be disclosed to plaintiffs or whether part or all of the package should be protected or withheld on grounds of privilege.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov