UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH BOLGER, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**DISTRICT OF COLUMBIA, et al.,**<br>**Defendants.** | **Civil Action No. 03-0906 (JDB)** |

## DISCOVERY SCHEDULING ORDER

Consistent with the Court's instructions to counsel at the status conference held on this date, it is this 11th day of July, 2006, hereby

**ORDERED** that defendants shall, by not later than July 18, 2006, either produce to plaintiffs the requested materials related to the Metropolitan Police Department's ("MPD") internal investigation of a 2005 incident involving defendant Mark Beach or, if defendants object to production, file a motion for a protective order governing those materials. It is further

**ORDERED** that defendants shall, by not later than July 31, 2006, respond *in writing* to all written discovery requests for information regarding the identification of MPD or other law-enforcement officers who were present at the location where plaintiffs were arrested on April 20, 2002, and defendants shall make all reasonable efforts to identify such officers through, among other things, inquiries directed to those officers known to have been on the scene as well as inquiries directed to officials in the MPD's command structure (including the intelligence unit and all other relevant divisions or sections of the MPD) who would have knowledge about the

identities of law-enforcement officers who were present. It is further

**ORDERED** that defendants shall, by not later than July 31, 2006, provide any supplemental response to plaintiffs' request for production of MPD Command Center logs from April 20, 2002. It is further

**ORDERED** that defendants shall, by not later than July 31, 2006, provide any supplemental response to plaintiffs' request for identification of any complaining witness. It is further

**ORDERED** that defendants shall, by not later than July 31, 2006, either produce to plaintiffs the requested Intelligence Operational Plan or, if defendants object to production, file a motion for a protective order governing that document. It is further

**ORDERED** that defendants shall, by not later than July 31, 2006, respond *in writing* to plaintiffs' first set of requests for production of documents, insofar as those requests were not addressed in defendants' responses to plaintiffs' second set of requests for production, which were directed to the individual defendants in this case. It is further

**ORDERED** that the deadline for filing motions to compel discovery is **CONTINUED** pending further order of the Court. It is further

**ORDERED** that the deadline for completion of discovery in this action is **CONTINUED** until November 30, 2006, and that the order imposing a stay on all depositions by plaintiffs other than those of "uniformed arresting officers" shall remain in effect pending further order of the Court; and it is further

**ORDERED** that the parties shall appear for a status conference with the Court at 9:00 a.m. on August 22, 2006.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Carl L. Messineo
PARTNERSHIP FOR CIVIL JUSTICE
1901 Pennsylvania Avenue, NW, Suite 607
Washington, DC 20006
Email: cm@JusticeOnline.org

*Counsel for plaintiffs*

Julie Steptoe Lee
Carl James Schifferle
Michael P. Bruckheim
James H. Vricos
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW, 6th Floor
Washington, DC 20001
Email: julie.lee@dc.gov
Email: carl.schifferle@dc.gov
Email: michael.bruckheim@dc.gov
Email: james.vricos@dc.gov

*Counsel for defendants*